**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Alexander.judka@usdoj.gov*

*main: (973) 645-2700*
*direct: (973)645-2825*

September 23, 2026

**BY ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**ORDER**

**Re: *Zheng v. Mullin, et al.*, No. 26-6011 (BRM)**
**Request to File Overlength Brief**

Dear Judge Martinotti:

I am the Assistant United States Attorney assigned to represent the Federal Defendants in the above-referenced Administrative Procedure Act case arising from monetary civil penalties lodged against Plaintiff by the U.S. Department of Homeland Security ("DHS") for failing to depart from the United States after a final order of removal. With Plaintiff's consent, we respectfully request leave to file an overlength brief of 35-pages in 12-point proportional font in support of our forthcoming motion to dismiss, which is due today, September 23, 2026.

The Federal Defendants respectfully submit they require additional pages to fully respond to the wide-ranging issues raised by Plaintiff's Complaint. The Complaint raises eight separate causes of action, seven of which are addressed in the motion to dismiss, and each raises complex legal and factual questions. We therefore respectfully request five additional pages to adequately present all of the defenses relevant to this action.

We would of course consent to a similar extension of the page limit for Plaintiff's opposition brief, should they request it.

Thank you very much for your consideration.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By: <u>*s/Alexander Judka*</u>
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for the Federal Defendants*

cc: *Plaintiff's Counsel* (by ECF)

**SO ORDERED.**

Date: 9/23/26

***/s/Brian R. Martinotti***
**United States District Judge**