**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

October 5, 2026

**Via Electronic Filing**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
Frank Lautenberg Post Office
& U.S. Courthouse
2 Federal Square, Courtroom 1
Newark, NJ 07102

**Re: *Zheng v. Mullin, et al.*, No. 26-06011 (BRM)**
**Request for Extension of Time**

Dear Judge Martinotti:

This Office represents Respondents in the above habeas matter brought by Petitioner challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write to request an extension of time to file a reply brief to the Plaintiff's Opposition to the Motion to Dismiss, ECF No. 14.

Former Assistant United States Attorney ("AUSA") Judka has since left the Office. As such, a new AUSA, the undersigned, was assigned to the case. In order to meaningfully respond and review this matter, Respondents respectfully request an extension of time to file our reply from October 13, 2026 until October 27, 2026. On October 5, 2026, the undersigned reached out to Plaintiff's Counsel who indicated she consents to this request for an extension.

Respondents acknowledge the importance of resolving these matters quickly, and we apologize to the Court and to Petitioner for the delay this request may cause. We submit that there is good cause to grant this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER

United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (via ECF)

SO ORDERED.

_______________________________
BRIAN R. MARTINOTTI, USDJ
DATED: OCT. 6, 2026